Charles R. **ANGERLINO**, Appellant,

v.

**UNITED STATES of America,**
Appellee.

No. 15072.

United States Court of Appeals
District of Columbia Circuit.

Argued June 10, 1959.

Decided June 18, 1959.

Mr. Armand I. Robinson (appointed by the District Court), Washington, D. C., for appellant.

Mr. Walter J. Bonner, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

**242**

Before EDGERTON, BAZELON and WASHINGTON, Circuit Judges.

PER CURIAM.

The appellant was convicted of housebreaking and larceny. We find no error. Affirmed.